# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **GARRETT DAY, LLC, et al.** | Case No.: 3:15-cv-00036-WHR |
| Plaintiffs, | |
| -vs- | Judge Walter H. Rice |
| **INTERNATIONAL PAPER COMPANY, et al.,** | **ORDER GRANTING JOINT MOTION TO ALTER BRIEFING SCHEDULE/EXTEND RESPECTIVE OPPOSITION AND REPLY DATES** |
| Defendants. | |

Upon consideration of Defendant/Cross-claimant Brownfield Charities, Inc.'s and Defendants Aetna Paper Company, Champion International Corporation, Howard Paper Mills, Inc. and St. Regis Paper Company's Joint Motion to Alter the Briefing Schedule/Extend Respective Opposition and Reply Dates, it appearing to the Court that good cause exists, it is hereby:

ORDERED that the Motion is GRANTED; and

It is further ORDERED that Defendant Brownfield Charities, Inc. shall have until July 13, 2015 to file its Memorandum in Opposition to Defendants' Motion to Dismiss and that Defendants Aetna Paper Company, Champion International Corporation, Howard Paper Mills, Inc. and St. Regis Paper Company shall have August 10, 2015 to file their Reply.

| | |
|---|---|
| 6-24-15 | *[signature]* |
| Date | Judge Walter H. Rice |

1