

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARRETT DAY LLC, *et al.*,

    Plaintiffs,

v.

INTERNATIONAL PAPER COMPANY, *et al.*,

    Defendants.

Case No. 3:15-cv-036

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT THE MOTION TO DISMISS OF NAMED DEFENDANTS AETNA PAPER COMPANY, CHAMPION INTERNATIONAL CORPORATION, HOWARD PAPER MILLS, INC., AND ST. REGIS PAPER COMPANY (DOC. #76)

---

Given that International Paper Company has stipulated that it has succeeded to the liability, if any, of its predecessor entities, Doc. #125, and the Court has dismissed those predecessor entities from this action, Doc. #126, the Court OVERRULES AS MOOT the Motion to Dismiss that was previously filed by those entities, Aetna Paper Company, Champion International Corporation, Howard Paper Mills, Inc., and St. Regis Paper Company, Doc. #76.

Date: November 18, 2015

                                        WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE