IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARRETT DAY, LLC, *et al.*,

    Plaintiffs,

v.

INTERNATIONAL PAPER COMPANY, *et al.*,

    Defendants.

Case No. 3:15-cv-36

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #189); OVERRULING MOTION TO DISMISS OF DEFENDANTS HPP, INC., HARRISON HOLDINGS LIMITED PARTNERSHIP, AND HPM INVESTORS, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND 12(c) (DOC. #177)

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her November 15, 2017, Report and Recommendations, Doc. #189, as well as upon a thorough *de novo* review of the Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

The Court OVERRULES the Motion to Dismiss of Defendants HPP, Inc., Harrison Holdings Limited Partnership, and HPM Investors, Inc., Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(c), Doc. #177.

Date: November 30, 2017

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE