# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GARRETT DAY LLC, et al. :

    Plaintiffs, : Case No. 3:15CV36

    -vs- : District Judge Walter H. Rice

INTERNATIONAL PAPER COMPANY, et al.

    :

    Defendants.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.

Dated: January 8, 2018

                                                      Walter H. Rice
                                                      United States District Judge