# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARRETT DAY LLC, *et al* | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:15–cv–00036-WHR |
| INTERNATIONAL PAPER COMPANY, *et al.* | ) Judge Walter H. Rice |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES

This matter is before the Court on the Plaintiffs' Unopposed Motion for Extension of Discovery Deadlines. Having found the Motion to be well-taken and for good cause, the Motion is **GRANTED**, therefore:

IT IS HEREBY ORDERED, that the Preliminary Pretrial Conference Order is amended as follows:

9. The dates to reveal the identity of expert witnesses:

   | | |
   |---|---|
   | Plaintiffs to Defendants | 6/5/2018 |
   | Defendants to Plaintiffs | 7/20/2018 |
   | Rebuttal Experts | 8/20/2018 |

10. Request for admissions: 9/11/2018

11. Cut-off deadline for discovery:

    | | |
    |---|---|
    | Fact | 5/14/2018 |
    | Expert | 9/18/2018 |

13. Cut-off date for filing of motions for summary judgment:

    Expert                    11/13/2018

    On Facts               7/2/2018

    *Daubert* Motions     10/19/2018

IT IS SO ORDERED.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE