IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARRETT DAY, LLC, *et al.*,

    Plaintiffs,

v.

INTERNATIONAL PAPER CO., *et al.*,

    Defendants.

Case No. 3:15-cv-36

JUDGE WALTER H. RICE

---

ORDER SETTING FORTH PROCEDURES
REGARDING EXPERT WITNESS DEPOSITIONS

---

As discussed during the conference call held on April 30, 2019, the Court establishes the following procedures concerning Defendants' request to re-depose Plaintiffs' expert witnesses, Ronald St. John and Thomas Shalala:

- No later than May 8, 2019, counsel for Defendants shall file a one-page summary of its position on this issue, with appropriate citations to the deposition transcripts of record and attaching email correspondence between counsel; and
- No later than May 16, 2019, counsel for Plaintiffs shall file a one-page response, with appropriate citations to the deposition transcripts of record and attaching email correspondence between counsel.

As further discussed during the conference call, given the settlement in principle between Plaintiffs and the Neenah/Fox River Defendants, the Neenah/Fox River Defendants need not respond to Plaintiffs' Amended Request for Admissions.

Date: May 1, 2019

_[signature: Walter H. Rice]_
WALTER H. RICE
UNITED STATES DISTRICT JUDGE