UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARRETT DAY LLC, *et al.* | )<br>) |
| Plaintiffs, | )<br>)  Case No. 3:15-cv-00036-WHR |
| v. | )<br>) |
| INTERNATIONAL PAPER COMPANY, *et al.* | )  Judge Walter H. Rice<br>) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO ALTER THE BRIEFING SCHEDULE/EXTEND RESPECTIVE OPPOSITION AND REPLY DATES

Upon consideration of Plaintiffs and Defendant International Paper's *Joint Motion to Alter the Briefing Schedule/Extend Respective Opposition and Reply Dates* (the "Motion"), it appearing to the Court that good cause exists, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs shall have until September 5, 2019, to file their Memorandum in Opposition to International Paper's Motion for Reconsideration (Doc. #282), and International Paper shall have until October 3, 2019, to file its Reply.

Dated: 8-28-19

_____
Judge Walter H. Rice