# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARRETT DAY LLC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:15-cv-00036-WHR |
| v. ) | |
| ) | |
| INTERNATIONAL PAPER COMPANY, *et al.* ) | Judge Walter H. Rice |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THE JOINT MOTION FOR APPROVAL OF SETTLEMENT

Upon consideration of Plaintiffs and Defendants Fox Valley Corporation, Fox River Paper Company, Fox River Paper Sales Company, And Neenah Paper, Inc. (the "Parties") *Joint Motion For Extension Of Time To File A Reply In Support Of The Joint Motion For Approval Of Settlement Agreement* (the "Motion"), it appearing to the Court that good cause exists, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Parties shall have until September 20, 2019, to file their Reply in support of the Joint Motion for Approval of Settlement Agreement.

Dated: 9-4-19

_____
Judge Walter H. Rice

CO\6241486.3

4