IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARRETT DAY, LLC, *et al.*,

    Plaintiffs,

v.

INTERNATIONAL PAPER CO., *et al.*,

    Defendants.

Case No. 3:15-cv-36

JUDGE WALTER H. RICE

---

ORDER DIRECTING REMAINING PARTIES TO FILE AN AMENDED RULE 26(f) REPORT NO LATER THAN JANUARY 31, 2020; CONFERENCE CALL SET FOR FEBRUARY 7, 2020, AT 4:00 P.M.

---

The remaining parties shall file a Joint Amended Rule 26(f) Report no later than January 31, 2020. The Court will hold a conference call on February 7, 2020, at 4:00 p.m., to set a trial date and establish other relevant deadlines.

Date: January 6, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE