# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARRETT DAY LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:15–cv–00036-WHR |
| v. ) | |
| ) | |
| INTERNATIONAL PAPER COMPANY, *et al.*, ) | Judge Walter H. Rice |
| ) | |
| Defendants. ) | |

## ORDER

This matter came before the Court on Defendant International Paper Company's Unopposed Motion for Extension and to Exceed Page Limitations ("Motion"). For good cause shown, Defendant's Motion is **GRANTED**.

It is therefore **ORDERED** that Defendant International Paper Company will have through **Friday, May 14, 2021** to respond to Plaintiffs Garrett Day LLC and Ohio Development Services Agency's ("Plaintiffs'") motion for summary judgment, and that Plaintiffs shall have through **Friday, June 4, 2021** to file a reply in response. Furthermore, the Parties are hereby given leave to exceed the twenty-page limitation for these filings.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE