IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARRETT DAY, LLC, *et al.,*

    Plaintiffs,

v().

INTERNATIONAL PAPER CO., *et al.,*

    Defendants.

Case No. 3:15-cv-36

JUDGE WALTER H. RICE

---

ORDER SETTING CONFERENCE CALL
TO SCHEDULE DATE FOR *DAUBERT* HEARING

---

The Court has reviewed Plaintiffs' Motion to Exclude International Paper Company's Expert Witness, Doc. #319, and Defendant International Paper Company's Motion to Exclude the Testimony of Plaintiffs' Expert Witnesses Ronald St. John and Thomas Shalala, Doc. #320.

The Court finds that a *Daubert* hearing is necessary on the limited question of whether Mr. St. John and Mr. Shalala are qualified by means of specialized knowledge, skill, experience, training or education to opine about the environmental impact of papermaking operations or power generating equipment used at the Howard Paper Mill site. *See Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993).

The Court will hold a conference call on July 21, 2021, at 4:00 p.m., to set a date for said *Daubert* hearing.

Date: July 8, 2021

*/s/ Walter H. Rice*
**WALTER H. RICE
UNITED STATES DISTRICT JUDGE**