# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GARRETT DAY LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:15–cv–00036-WHR |
| v. | ) | |
| | ) | |
| INTERNATIONAL PAPER COMPANY, | ) | Judge Walter H. Rice |
| | ) | |
| Defendant. | ) | |

## NOTICE

Plaintiff Ohio Development Services Agency, through counsel, hereby provides notice that its name has changed from the Ohio Development Services Agency to the Ohio Department of Development ("ODOD"). The ODOD respectfully request the Court direct the Clerk of Court to update the case docket to reflect this name change. For the Court's and the parties' convenience, a revised case-caption is attached hereto as **Exhibit A**.

    Respectfully submitted,

    ICE MILLER LLP

    */s/ Kristina S. Dahmann*
    Kristina S. Dahmann (0096414)
    250 West Street, Suite 700
    Columbus, OH 43215
    T: 614-462-2220
    F: 614-232-6858
    Kristina.Dahmann@icemiller.com
    *Co-Counsel for Plaintiff the Ohio Department of Development*

    */s/ Brent W. Huber*
    Brent W. Huber (*pro hac vice*, 4861-2021)
    TRIAL COUNSEL
    One American Square, Suite 2900
    Indianapolis, IN 46282
    T: 317-236-5942
    F: 317-592-4822
    brent.huber@icemiller.com
    *Trial Counsel for Plaintiff the Ohio Department of Development*

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 3, 2021 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                               */s/ Kristina S. Dahmann*
                                               Kristina S. Dahmann

4849-7087-7172.4

# **EXHIBIT A**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| GARRETT DAY LLC and THE OHIO DEPARTMENT OF DEVELOPMENT, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:15–cv–00036-WHR |
| v. | ) ) | Judge Walter H. Rice |
| INTERNATIONAL PAPER COMPANY, | ) ) | |
| Defendants. | ) | |

4849-7087-7172.4