# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARRETT DAY LLC and THE OHIO DEPARTMENT OF DEVELOPMENT, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:15–cv–00036-WHR |
| v. ) ) | Judge Walter H. Rice |
| INTERNATIONAL PAPER COMPANY, ) ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs Garrett Day LLC and Ohio Department of Development (collectively, "Plaintiffs") hereby respectfully move for an extension of ten (10) days to file any reply brief in further support of their pre-trial motions, such that the new deadline will be September 27, 2021. Plaintiffs seek such an extension in light of the upcoming *Daubert* Hearing and trial schedules in the intervening months which have arisen since the original briefing schedule was originally set. This motion is unopposed, and the extension sought herein is requested to apply mutually to any reply to be filed by Defendant International Paper Company.

A proposed Order is attached hereto for the Court's consideration.

Respectfully Submitted,

*/s/ Brent W. Huber*
Brent W. Huber, *Trial Attorney* (admitted, *pro hac vice,* 4861-2021)
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282
T: (317) 236-5942
F: (317)592-4822

4818-3863-6282.3

Email: Brent.Huber@icemiller.com

 */s/ Kristina S Dahmann*
Kristina S. Dahmann (0096414)
Ice Miller LLP
250 West Street
Suite 700
Columbus, OH 43215
T: (614) 462-2220
F: (614) 232-6858
Email: Kristina.Dahmann@icemiller.com
*Counsel for Plaintiffs Garrett Day LLC and
The Ohio Department of Development*

4818-3863-6282.3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the September 13, 2021 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                            */s/ Kristina S. Dahmann*

4818-3863-6282.3