**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| GARRETT DAY LLC and THE OHIO DEPARTMENT OF DEVELOPMENT, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:15–cv–00036-WHR |
| v. ) ) | Judge Walter H. Rice |
| INTERNATIONAL PAPER COMPANY, ) ) | |
| Defendants. ) | |

### **[PROPOSED] ORDER**

This matter came before the Court on a Motion For Extension of Time. Plaintiffs request to extend the date to file reply briefs in further support of the pre-trial motions, through September 27, 2021. They also propose that the same extension be granted to the Defendant. The Court, finding good cause, now **GRANTS** that Motion.

It is therefore **ORDERED** that the Parties will have through **September 27, 2021** to file any reply brief in further support of their pre-trial motions and motions *in limine*.

**IT IS SO ORDERED.**

_____

Judge

4818-3863-6282.3