**ORAL HEARING**
**BEFORE JUDGE WALTER H. RICE**

**Case No. 3:15cv36**                                **Date: September 29, 2021**

**Case Caption: Garrett Day LLC, et al. v. International Paper Company, et al.**

**Court Reporter: Mary Schweinhagen**         **Courtroom Deputy: Tisha Parker**

**Counsel for Plaintiff: Brent Huber, Kristina Dahmann, Lauren Baldwin**

**Counsel for Defendant: Gary Pasheilich, Vincent Atriano**

**PROCEEDINGS: Continuation of oral Hearing held. Witnesses sworn and testimony taken.**

| PL | DF | Item | Attorney | Exam | Time | Exhibit Identified | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
|   |   | Court convened<br>- Statement by the Court |   |   | 9:12 |   |   |   |
|   | X | Ron St. John, witness continued testimony<br>- Witness remains sworn<br>- Exhibit DX1<br>- Exhibit DX63<br>- Exhibit DX1<br>- Exhibit DX63<br>- Statement by plaintiff counsel, Huber<br>- Statement by the Court<br>- Objection raised; sustained<br>- Recess taken | Atriano | Cross | 9:18<br><br>9:18<br>9:41<br>9:48<br>9:58<br>10:07<br><br>10:08<br>10:08<br><br>10:09 |   |   |   |
|   |   | Court reconvened<br>- Statement by the Court<br>- Statement by counsel for defendant, Atriano<br>- Statement by the Court<br>- Statement by counsel for plaintiff, Huber<br>- Statement by the Court<br>- Statement by counsel for defendant, Atriano<br>- Statement by the Court |   |   | 10:28<br>10:28<br>10:28<br><br>10:33<br>10:37<br><br>10:40<br>10:41<br><br>10:42 |   |   |   |
|   | X | Ron St. John, witness<br>- Exhibit DX1<br>- Exhibit DX208 | Atriano | Cross | 10:43<br>10:43<br>10:49<br>10:51 |   |   |   |

| PL | DF | Item | Attorney | Exam | Time | Exhibit Identified | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | - Objection; statement by defendant counsel; overruled<br>- Exhibit DX9<br>- Statement by the Court<br>- Statement by counsel for defendant, Atriano<br>- Statement by counsel for plaintiff, Huber<br>- Statement by counsel for defendant, Atriano<br>- Statement by the Court<br>- Statement by counsel for plaintiff, Huber<br>- Objection; sustained; statement by the Court<br>- Statement by counsel for defendant, Atriano<br>- Statement by the Court<br>- Statement by counsel for plaintiff, Huber<br>- Statement by the Court<br>- Objection; statement by the Court<br>- Objection; statement by the Court; overruled<br>- No further questions | | | 10:58<br>10:58<br>10:59<br><br>11:00<br><br>11:01<br><br>11:02<br>11:02<br><br>11:02<br><br>11:05<br><br>11:06<br>11:06<br><br>11:07<br>11:14<br><br>11:20<br><br>11:22 | | | |
| X | | Ron St. John, witness<br>- Exhibit 6<br>- Exhibit 8Ab<br>- Exhibit 16<br>- Objection; statement by counsel for plaintiff, Huber; overruled<br>- Dialogue between the Court and counsel for plaintiff<br>- No further questions | Huber | Redirect | 11:23<br>11:25<br>11:28<br>11:31<br>11:42<br><br>11:43<br><br>11:45 | X<br>X<br>X | | |
| | | Dialogue between the Court and counsel for plaintiff<br>No further questions by counsel for defendant<br>Witness dismissed | | | 11:45<br>11:45<br>11:46 | | | |
| | | Statement by the Court | | | 11:46<br>11:47 | | | |

| PL | DF | Item | Attorney | Exam | Time | Exhibit Identified | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
|  |  | Dialogue between the Court, plaintiff counsel, and defendant counsel |  |  |  |  |  |  |
| X |  | Thomas Shalala, witness called to testify<br>- Witness sworn in by the Court<br>- Exhibit 1<br>- Statement by counsel for plaintiff, Huber<br>- Statement by the Court<br>- Court recessed | Huber | Direct | 11:54<br>11:54<br>11:55<br>12:11<br>12:11<br>12:13 | X |  |  |